FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0658

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA 21-0658

_____

BISON OIL & GAS III, LLC, a Colorado limited liability company,

Appellants/Petitioners

vs.

MONTANA BOARD OF OIL & GAS CONSERVATION

and

SLAWSON EXPLORATION COMPANY, INC.,

Appellees/Respondents

_____

## ORDER

_____

The Appellant has filed an Unopposed Motion for Voluntary Dismissal of Appeal requesting this case be dismissed pursuant to M.R. App. P. 16(4). No party opposes the Motion. Therefore, and pursuant to M.R. App. P. 16(4),

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this order to all counsel of record.

DATED this ____ day of _____ 2022.

_____
Presiding Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022